UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARGARITA VILLAGRAN, | § |
| | § |
| Plaintiff, | § |
| VS. | §   CIVIL ACTION NO. H-05-02687 |
| | § |
| FREEWAY FORD LTD, *et al*, | § |
| | § |
| Defendant. | § |

## ORDER

The Agreed Scheduling Order filed by the parties has been adopted by the Court. A trial date of October 30, 2006 has been set.

The scheduling conference set in this case has been canceled.

IT IS SO ORDERED.

SIGNED this 18th day of April, 2006.

Keith P. Ellison
United States District Judge

**TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT.**